**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION**

**WILLIAM G. ROME and SUSAN ROME**                                              **PLAINTIFFS**

**VS**                                                          **CIVIL ACTION: 3:11-CV-00112-TSL-MTP**

**RAY HUSTON, RUN FOR THE WALL, INC., AMERICAN
MOTORCYCLE ASSOCIATION, INC. d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION**                                                      **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This action, having come on to be heard, and the Court, being advised that by all parties that this action has been compromised and settled and consideration received and the parties agree that this action should be dismissed; and,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and it hereby is, dismissed in its entirety, including all principal demands and any counterclaims, with prejudice and with each party to bear its own costs.

**SO ORDERED**, this the 3rd day of July, 2012.

/s/Tom S. Lee
**U. S. DISTRICT COURT JUDGE**

*s/David A. Hilleren*(MSB#2463)
Hilleren & Hilleren, LLP
P.O. Box 210
Evergreen LA 71333
Telephone: 318-346-6162
*Counsel for Plaintiffs*

/*s/Grace W. Mitts* (MSB #3390)
John G. Compton (MSB#6433)
Witherspoon & Compton, LLC
P.O. Box 845
Meridian, MS 39302-0845
Telephone: 601-693-6466
*Counsel for Defendant, Ray Huston*

*S/Jason B. Purvis* (MSB#100873)
Hon. Jason B. Purvis
Deutsch Kerrigan & Stiles
2510 14th Street, Suite 1001
Gulfport, MS 39501
Telephone: 228-864-0161
*Counsel for Defendants, Run For The Wall, Inc. and American Motorcycle Association, Inc.*